UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

MANATRON, INC., a Michigan corporation,

    Plaintiff,

v.

NIKISH SOFTWARE CORP., a New York corporation, and KISHIN J. BHARWANI, an individual,

    Defendants.

Case No. 1:07-CV-0410

Hon. Janet T. Neff

Magistrate Judge Joseph G. Scoville

_____

## ORDER RELEASING CD-ROM FILED WITH THE COURT TO PLAINTIFF AND TO DISMISS

The parties have stipulated that they have reached a settlement of this action, and have requested this Court enter an order (1) to release to Plaintiff the CD-ROM containing the source code of the software program known as "Tax Claim" that Defendants delivered to the Court under a notice of filing exhibit, Dkt. No. 33; and (2) to dismiss all pending claims with prejudice and without costs to any party.

Per the stipulation of the parties, and the Court being otherwise fully advised, it is ORDERED that the clerk shall release to Plaintiff the CD-ROM containing the source code of the software program known as "Tax Claim" that Defendants delivered to the Court under the notice of filing exhibit, Dkt. 33.

IT IS FURTHER ORDERED that all pending claims in this action are DISMISSED with prejudice and without costs to any party.

DATED: March 16, 2009

    /s/Janet T. Neff_____
    JANET T. NEFF
    United States District Judge